# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MERVIN D. LEHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:25-cv-334 |
| | ) JURY DEMAND |
| CITY OF SWEETWATER, TENNESSEE, | ) U.S. District Judge Charles E. Atchley, Jr. |
| SWEETWATER POLICE DEPARTMENT, | ) U.S. Magistrate Judge Debra C. Poplin |
| OFFICER KURT CANNON, | ) |
| OFFICER CHRIS CORONA, | ) |
| OFFICER KELVIN FRANCO, and | ) |
| ROBERT AND SARAH HILL, individually, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The parties hereby appear, by and through counsel, and consistent with the Court's Order set out in Doc. 22, now submit the 60-day status report of this case. The Court requested a joint status report be submitted every 60 days as it relates to criminal charges pending against the Plaintiff in Monroe County, Tennessee. As of the filing date of this report, Plaintiff's criminal charges have not been set for trial. The Monroe County Criminal Court has scheduled a bond hearing for February 23rd, regarding the pending criminal charges. As such, the criminal case is still pending. Plaintiff also has a matter set before the Monroe County General Sessions Court. The Court has scheduled a preliminary hearing for the general sessions matter on March 3rd. The parties continue to respectfully request this Court to allow the stay on the above-captioned matter to remain in effect until Plaintiff's criminal charges, including any appeal, are resolved.

RESPECTFULLY SUBMITTED this 17th day of February, 2026.

**MERVIN D. LEHMAN**

By: /s/ Aaron Kimsey (w/permission by Emily C. Taylor)
AARON KIMSEY, BPR NO. 034521
127 Joy Street
Sevierville, TN 37862
865-365-4401
Aaron@kimseyDEFENSE.COM

**ROBERT HILL and SARAH HILL**

By: /s/ Charles W. Pope (w/permission by Emily C. Taylor)
CHARLES W. POPE, JR., BPR NO. 019156
THE POPE LAW OFFICES
1510 Stuart Road, Suite 107
Cleveland, TN 37312
(423) 746-8880
popelawofficela@gmail.com

**CITY OF SWEETWATER, TENNESSEE,
OFFICER KURT CANNON,
OFFICER CHRIS CORONA, and
OFFICER KELVIN FRANCO**

By: /s/ Emily C. Taylor, BPR No. 27157
EMILY C. TAYLOR, BPR NO. 027157
YASMINE LY PARKER, BPR NO. 041846
WATSON, ROACH, BATSON
& LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
etaylor@watsonroach.com
ylyparker@watsonroach.com

2

## CERTIFICATE OF SERVICE

       I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

| | |
|---|---|
| Aaron Kimsey | Charles W. Pope, Jr. |
| 127 Joy Street | THE POPE LAW OFFICES |
| Sevierville, TN 37862 | 1510 Stuart Road, Suite 107 |
| Aaron@kimseyDEFENSE.COM | Cleveland, TN 37312 |
| | popelawla@gmail.com |

       Dated this 17th day of February, 2026.

/s/Emily C. Taylor, BPR No. 27157
EMILY C. TAYLOR, BPR NO. 27157
Attorney for Defendants
WATSON, ROACH, BATSON,
& LAUDERBACK, P.L.C.
P.O. Box 131
Knoxville, Tennessee 37901-0131
(865) 637-1700
etaylor@watsonroach.com